**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE JOHN HOANG,<br><br>Debtor. | Case No. 14-cv-02354-BLF |
| IN RE JOHN HOANG,<br><br>Debtor. | Case No. 14-cv-02380-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTIONS SHOULD NOT BE DISMISSED; AND TERMINATING MOTIONS TO WITHDRAW REFERENCE** |

The above-captioned cases involve an adversary proceeding, Case No. 13-05149-ASW, that Debtor John Hoang ("Hoang") filed in his Chapter 13 bankruptcy action, Case No. 11-55197-ASW. Hoang filed the adversary proceeding on October 23, 2013. *See* Adversary Complaint, ECF 1 in Case No. 13-05149-ASW; Adversary Complaint, ECF 107 in Case No. 11-55197-ASW. On May 21, 2014, while motions to dismiss the adversary complaint were pending before the bankruptcy court, several defendants ("Moving Parties") moved to withdraw the reference of the adversary proceeding on the ground that it raised exclusively non-core issues under 28 U.S.C. § 157. *See* Motion to Withdraw Reference, ECF Nos. 55 and 62 in Case No. 13-05149-ASW. The identical motion to withdraw appears to have been filed twice in the adversary proceeding, and it was transmitted twice to the district court, resulting the opening of both of the above-captioned

cases in the district court.  *See* Motion to Withdraw Reference, ECF 1 in Case No. 14-cv-2354-BLF; Motion to Withdraw Reference, ECF 1 in Case No. 14-cv-02380-BLF.

Both district court cases were assigned to the undersigned judge.  Clerk's Notices issued in both cases directing Moving Parties to notice their motions to withdraw for hearing before this Court pursuant to Civil Local Rule 7-2(a).  *See* Clerk's Notice, ECF 2 in Case No. 14-cv-02354-BLF; Clerk's Notice, ECF 3 in Case No. 14-cv-02380-BLF.  Moving Parties did not notice their motions to withdraw for hearing, perhaps because the bankruptcy court granted the motions to dismiss the adversary complaint that had been pending before it.  *See* Tentative Orders, ECF 50 and 66 in Case No. 13-05149-ASW; Order on Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can be Granted, ECF 73 in Case No. 13-05149-ASW.  The bankruptcy court granted Hoang leave to amend the adversary complaint; when Hoang failed to amend, the bankruptcy court dismissed the adversary proceeding in its entirety.  *See* Order Dismissing Adversary Proceeding, ECF 75 in Case No. 13-05149-ASW.

The pendency of the motions to withdraw the reference in this Court did not stay the proceedings in the bankruptcy court.  *See* Fed. R. Bankr. P. 5011(c) ("The filing of a motion for withdrawal of a case . . .  shall not stay the administration of the case or any proceeding therein before the bankruptcy judge except that the bankruptcy judge may stay, on such terms and conditions as are proper, proceedings pending disposition of the motion.").  In light of Moving Parties' apparent abandonment of their motions to withdraw the reference and the bankruptcy court's dismissal of the adversary proceeding, the pending motions to withdraw are hereby TERMINATED.

The parties are hereby ORDERED to SHOW CAUSE, in writing and on or before October 16, 2015, why the two cases pending before this Court – Case Nos. 14-cv-02354-BLF and 14-cv-02380-BLF – should not be closed.

**IT IS SO ORDERED.**

Dated:  September 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2