United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE JOHN HOANG,<br><br>　　　　Debtor. | Case No. 14-cv-02354-BLF |
| IN RE JOHN HOANG,<br><br>　　　　Debtor. | Case No. 14-cv-02380-BLF<br><br>**ORDER DISMISSING ACTIONS** |

On September 18, 2015, the Court issued an Order to Show Cause in each of the above-captioned actions directing the parties to show cause, in writing and on or before October 16, 2015, why the actions should not be closed. *See* Order to Show Cause, ECF 3 in Case No. 14-cv-02354-BLF; Order to Show Cause, ECF 4 in Case No. 14-cv-02380-BLF. In the Order to Show Cause, the Court noted that both of the above-captioned actions were opened when defendants ("Moving Parties") in an adversary proceeding then-pending in the Bankruptcy Court moved to withdraw the reference of the adversary proceeding. *See id.* While Moving Parties' motions to withdraw the reference were pending before this Court, the Bankruptcy Court dismissed the adversary complaint for failure to state a claim upon which relief could be granted and dismissed the adversary proceeding in its entirety. *See id.* In light of the Bankruptcy Court's dismissal of

the underlying adversary proceeding and Moving Parties' failure to prosecute their motions to withdraw the reference, the Court terminated the motions to withdraw the reference and issued the Order to Show Cause referenced above. No party has responded to the Order to Show Cause and the deadline for response has passed.

Accordingly, the above-captioned actions are hereby DISMISSED. The actions have been mooted by the Bankruptcy Court's dismissal of the underlying adversary proceeding. Moreover, Moving Parties have failed to prosecute the actions and have failed to comply with this Court's Order to Show Cause. *See* Fed. R. Civ. P. 41(b) (permitting dismissal for failure to comply with a court order).

**IT IS SO ORDERED.**

Dated:  October 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2